Grady VAUGHN v. CITY OF HUNTSVILLE.
8 Div. 364.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

W. Yancey VAUGHN v. STATE.
8 Div. 358.

Court of Appeals of Alabama.
March 1, 1932.

BRICKEN, P. J.
Affirmed.

Sam VICE and Stella Moore v. STATE.
1 Div. 62.

Court of Appeals of Alabama.
April 12, 1932.

SAMFORD, J.
Appeal dismissed.

Herman VINSON v. STATE.
7 Div. 859.

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.
Affirmed.

Arthur WADE v. STATE.
8 Div. 662.

Court of Appeals of Alabama.
Feb. 14, 1933.

BRICKEN, Presiding Judge.
Affirmed.

Ernest WAINWRIGHT v. STATE.
1 Div. 39.

Court of Appeals of Alabama.
April 12, 1932.

RICE, J.
Affirmed.

William J. WALDROP v. JEFFERSON COUNTY.
6 Div. 358.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Appeal dismissed.

A. D. WALKER v. STATE.
4 Div. 921.

Court of Appeals of Alabama.
Nov. 15, 1932.

RICE, J.
Appeal dismissed.